ACCEPTED
01-14-01021-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 4:37:54 PM
CHRISTOPHER PRINE
CLERK



## Holmes, Diggs & Eames, PLLC

Robert E. Holmes Jr. †
Cynthia Thomson Diggs ‡
Robert N. Eames
Judith B. Sadler ◊
Tesha Peeples
Stefanie Drew
Stephanie Cohen
Laura Lemus
Calli Baldwin
Rachel Smith
Pamela A. Cherry
Chris Harding
Ann E. Wright
Michael B. Shaw
Keith Pillers
Kevin Segler
Katherine L. Warren

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 4:37:54 PM
CHRISTOPHER A. PRINE
Clerk

January 2, 2015

Court of Appeals, First District
301 Fannin Street, Room 208
Houston, Texas 77002-2066

Re:   *In Re Outi Salminen, Relator;* Case No.: 01-14-01021-CV, Court
of Appeals for the First District, Houston, Texas

TO THIS HONORABLE COURT:

On December 31, 2014, counsel for Relator, Outi Salminen, was advised by this Court that the first twelve exhibits and the September 17, 2014 hearing transcript had not been filed with the appendix, and Relator's counsel was ordered to file these documents within seven days of the Order.

Because Relator's counsel had, in fact, filed the first twelve exhibits and hearing transcript contemporaneously with the Petition for Writ of Mandamus and had received a notification and acceptance of such filing, the undersigned Relator's counsel contacted the clerk's office to determine if she had erred in its filing procedures. Upon researching the issue, Kim Henderson, a clerk with the Court of Appeals, advised counsel that she (Ms. Henderson) had reviewed the documents in the Court's system, that she had located the documents in the system, and that, as such, it was unnecessary for Relator's counsel to re-file the documents. Out of an abundance of caution, Relator's counsel suggested re-filing the documents even though the documents had been located. Ms. Henderson then confirmed for counsel that it was unnecessary for Relator's counsel to re-file the documents and that counsel should not re-file the documents. Rather, Ms. Henderson advised that Relator's counsel should notify the Court and opposing counsel by letter that the documents were filed and present in the Court's system.

14701 St. Mary's Lane, Suite 315
Houston, Texas 77079
Phone: 713.877-8111 Fax: 713.877-8188
www.holmesdiggs.com

Houston • Dallas • Denton
† Board Certified, Family Law, Texas Board of Legal Specialization
‡ Board Certified, Civil Trial Law, Texas Board of Legal Specialization
◊ Board Certified Labor & Employment Law, Texas Board of Legal Specialization

To that end, Relator's counsel is notifying the Court of this development. The first twelve Exhibits and the September 17, 2014 hearing transcript were filed on December 29, 2014. The documents may be located with envelope number 3602087.

Counsel thanks the Court for notifying them of this development and thanks Ms. Henderson for her assistance in locating the documents in the Court's system so that a duplication of filing could be avoided.

By copy of this letter, counsel for the Real-Party-In-Interest and Respondent have been notified.

Very truly yours,

Judith Sadler
Holmes, Diggs & Eames, PLLC
Counsel for Relator, Outi Salminen

JS:dh

cc:    Hon. James Lombardino, Respondent
       Laura Dale, Counsel for Real-Party-In-Interest, Milo Vassallo
       Ronnie G. Harrison, Amicus

       Cindy Diggs, Counsel for Relator, Outi Salminen
       Calli Baldwin, Counsel for Relator, Outi Salminen